UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LYNDA WARING,<br><br>        Plaintiff,<br><br>    v.<br><br>EMPIRE HEALTH SERVICES,<br><br>        Defendant. | No. CR-04-369-FVS<br><br>ORDER |

**THIS MATTER** having come before the Court based upon motions to dismiss the plaintiff's claims against Empire Health Services; Now, therefore

**IT IS HEREBY ORDERED:**

1. The motion to dismiss Empire Health Services **(Ct. Rec. 19)** is granted.

2. The stipulated motion to dismiss Empire Health Services **(Ct. Rec. 20)** is granted.

3. The plaintiff's claims against Empire Health Services are dismissed with prejudice.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this  7th    day of December, 2005.

                    s/ Fred Van Sickle
                     Fred Van Sickle
                United States District Judge

ORDER- 1